UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN DOE BY AND THROUGH
A.W., and A.W.,

    Plaintiffs,

v.     Case No: 8:23-cv-1772-CEH-AAS

HERNANDO COUNTY SCHOOL
DISTRICT, EXPLORER K-8,
SABREENA SARRAN, ANDREW
MACGREGOR and DOES 1-20,

    Defendants.

## ORDER

This matter comes before the Court on the Motion to Proceed Anonymously of Plaintiffs John Doe, by and through A.W., and A.W. (Doc. 36). Plaintiffs move under Federal Rule of Procedure 10(a) and *Doe v. Frank*, 951 F.2d 320 (11th Cir. 1992), to proceed anonymously in this action. However, the substance of Plaintiffs' motion appears to address a different case. The motion refers to three plaintiffs named John Doe #1, John Doe #2, and John Doe #3, who are challenging Miami-Dade County's residency restrictions for individuals formerly convicted of sexual offenses. *See* Doc. 36 ¶¶ 2-7. The motion does not contain any substantive arguments that pertain to the instant action, in which minor Plaintiff John Doe, through his parent A.W., is challenging actions taken in the Hernando County school system.

Because Plaintiffs do not identify any legal or factual grounds for the relief they seek, the motion is due to be denied. However, the denial will be without prejudice to a new motion that contains arguments addressing the instant case.

Accordingly, it is **ORDERED**:

1. The Motion to Proceed Anonymously of Plaintiffs John Doe, by and through A.W., and A.W. (Doc. 36) is **DENIED without prejudice**.

2. To the extent Plaintiffs seek to proceed anonymously in this action, they must file a revised motion to proceed anonymously within FOURTEEN (14) DAYS of this Order.

**DONE** and **ORDERED** in Tampa, Florida on November 17, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties