## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## AT THE TAMPA DIVISION

| | | |
|---|---|---|
| JOHN DOE, by and through A.W.. and A.W. In her own right | : : | Case No. 8:23-cv-1772-CEH-AAS |
| Plaintiffs, | : : | Judge Charlene E. Honeywell |
| vs. | : : | |
| HERNANDO COUNTY SCHOOL DISTRICT, et al. | : : : | |
| Defendants. | : | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

Come, Plaintiffs John Doe and A. W. filing this Unopposed Motion for Extension of Time to Respond to Defendants' Hernando County School District, Explorer K-8, Sabreena Sarran and Andrew MacGregor's Motions to Dismiss (ECF No. 84 and 85). Plaintiffs state the following:

1. The current deadline to respond to all Motions to Dismiss is October 25, 2024.
2. The Parties have a mediation scheduled for October 25, 2024, and Plaintiffs have been preparing for the mediation.
3. The Motion to Dismiss by Defendants include new theories of law that were not previously litigated.
4. The extension of time will not cause delay with the Court's Scheduling Order.
5. Given the upcoming mediation and new theories of law introduced by Defendants, Plaintiffs will need additional time to draft responses.

### Local Rule 3.01(g) Certification

Plaintiffs certify that they have conferred with the opposing party, and Defendants do not oppose.

Wherefore, Plaintiffs request that the Court grant this motion and allow Plaintiffs to have up to and including November 22nd, 2024, to file Responses to Docs. 84 and 85.

**Respectfully Submitted,**

**/s/** Jamir Davis
Jamir Davis, Esq.
J. Davis Law Firm, PLLC
106 Winding Way, Unit C
Covington, KY 41011
(859) 750-5033
jdavis@jdaviscounsel.com

**/s/**Cortney Walters, Esq.
Cortney Walters, Esq.
2719 Hollywood Blvd.
Suite A-1969
Hollywood, FL 33020
(954) 874-8022
cwalters@cewlawoffice.com
www.cewlawoffice.com

## Certificate of Service

I, Jamir Davis, am a citizen of the United States. I am over the age of 18 years old and caused the document(s) to be filed electronically via ECF to the following parties. I did not receive a notification that the electronic transmission was unsuccessful.

**Michael Lee Becker**
Weiss Serota Helfman Cole Bierman
2631 NW 41 Street
Building B
Gainesville, FL 32606
352-416-0066
mbecker@wsh-law.com

**David McKinnon Delaney**
Weiss Serota Helfman Cole & Bierman, P.L.
2631 NW 41st Street
Building B
Gainesville, FL 32605
352-416-0066
352-416-0098 (fax)
Ddelaney@wsh-law.com

**Joshua B. Walker**
Walker, Revels, Greninger, PLLC
189 S. Orange Avenue
Suite 1600
Orlando, FL 32801
407-789-1830
321-251-2990 (fax)
jwalker@wrg.law

**Corey White**
Walker, Revels, Greninger, PLLC
189 S. Orange Avenue
Suite 1600
Orlando, FL 32701
407-789-1830
cwhite@wrg.law

WEISS SEROTA HELFMAN COLE
+ BIERMAN, P.L.
200 E. Broward Blvd., Suite 1900
Fort Lauderdale, FL 33301

Telephone: 954-763-4242
By: /s/ Anne R. Flanigan
**Anne R. Flanigan, Esq.**
Florida Bar No. 113889
aflanigan@wsh-law.com
pgrotto@wsh-law.com (secondary)
Attorneys for Hernando County School
District and Explorer K-8

Executed on October 21, 2024.

**/s/** Jamir Davis
Jamir Davis, Esq.