# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOHN DOE BY AND THROUGH
A.W., and A.W.

    Plaintiffs,

v.                                                            Case No: 8:23-cv-1772-CEH-AAS

HERNANDO COUNTY SCHOOL
BOARD,

    Defendants.

_____

## ORDER

This matter is before the Court on Defendants' Motions for Summary Judgment (Docs. 132, 136), which Plaintiffs oppose (Docs. 141, 142).

The Court's Case Management and Scheduling Order requires the parties to file a joint stipulation of agreed material facts on or before the date on which the response in opposition to the motion for summary judgment is due. *See* Doc. 51 at 7. To date, the parties have not done so. Accordingly, the parties are directed to file a joint stipulation of agreed material facts within fourteen days.

In addition, in order to facilitate the Court's review of lengthy documents, the parties shall submit to Chambers, in a binder, a courtesy copy of the motions for summary judgment, responses in opposition, and related exhibits.[1] The courtesy

---

[1] The courtesy copies may be printed double-sided, and shall be contained in binders that do not exceed four inches in width.

copies shall be submitted within fourteen days, and may be provided via United States Mail or other reliable service.

Accordingly, it is **ORDERED**:

1. The parties are directed to file a Joint Statement of Agreed Material Facts within fourteen (14) days from the date of this Order.

2. The parties are directed to provide to Judge Honeywell's Chambers, in a binder, a courtesy copy of Defendants' motions for summary judgment and exhibits (Docs. 132, 134, 135, 136), and Plaintiffs' responses in opposition and exhibits (Docs. 141, 142), within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida on September 2, 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties